# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM ANDRE YOUNG, | CV F   02 5003 REC SMS P |
| Plaintiff, | |
| v. | ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE PRETRIAL STATEMENT (Doc. 60) |
| ROBERT A. DANIELSON, | |
| Defendants. | |

Malcolm Andre Young ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 16, 2005, this Court issued a Second Scheduling Order setting a Telephonic Trial Confirmation Hearing for August 16, 2005, at 10:00 a.m. before the undersigned and trial for September 27, 2005, at 9:00 a.m. before District Court Judge Coyle. Plaintiff filed a timely pretrial statement on April 20, 2005. Defendant's deadline for filing a pretrial statement was June 3, 2005. However, on May 26, 2005, Defendants moved for an extension of time to submit

//

//

the pretrial statement. Counsel for Defendants state that more time is needed due to his being in a car accident and subsequent surgery. Good cause having been shown, the Court HEREBY ORDERS:

    1.    Defendants request for an extension of time is GRANTED. Defendant's pretrial statement is due no later than July 8, 2005.

IT IS SO ORDERED.

**Dated:   June 21, 2005**           /s/ Sandra M. Snyder
icido3           UNITED STATES MAGISTRATE JUDGE