IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM ANDRE YOUNG, | 1:02-CV-05003-REC-SMS-P |
| Plaintiff, | ORDER REGARDING REQUEST FOR INFORMATION |
| vs. | (Document #74) |
| Defendants. | ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| / | (Document #81) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 26, 2005, plaintiff filed a request for information about the trial schedule for this action. On August 31, 2005, plaintiff filed a petition for writ of habeas corpus ad testificandum.

The Court generally does not respond to requests for information. However, Plaintiff is advised that on August 8, 2005, the court issued an order vacating the second scheduling order of February 16, 2005. Therefore, the trial schedule dates for this action are not currently set. As a result, plaintiff's petition for writ of habeas corpus ad testificandum is unnecessary. Should the Court set a date for trial, the Court will, sua sponte, issue a writ of

habeas corpus ad testificandum.

Accordingly, the Court HEREBY ORDERS:

1. Plaintiff's Request for Information is GRANTED in that the information requests has been provided in this Order;

2. The petition for writ of habeas corpus ad testificandum is DENIED.

IT IS SO ORDERED.

**Dated:   September 8, 2005**            **/s/ Sandra M. Snyder**
b6edp0                                                    UNITED STATES MAGISTRATE JUDGE