# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM ANDRE YOUNG,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT A. DANIELSON, et. al.<br><br>　　　　　Defendants.<br>_____/ | CV F 02 5003 REC SMS P<br><br>ORDER GRANTING MOTION FOR SUMMARY JUDGEMENT AGAINST DEFENDANT HUTTON (Doc. 82.)<br><br>ORDER DISMISSING DEFENDANT HUTTON AND CLAIMS AGAINST DEFENDANT HUTTON FROM ACTION. |

　　　Malcolm Andre Young ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　On August 31, 2005, Defendant Hutton filed a Motion for Summary Judgment.[1]  Pursuant to Local Rule 78-230(c), a responding party who has no opposition to the granting of the Motion shall file a statement to that effect.  Local Rule 78-230(c).  On September 28, 2005, Plaintiff filed a Statement of Non-Opposition to Defendant Hutton's Motion for Summary Judgment.  Accordingly, in light of Plaintiff's non-opposition to the Motion for Summary Judgment filed by Defendant Hutton, the Court HEREBY ORDERS:

　　　1.　　The Motion for Summary Judgment filed by Defendant Hutton on August 31, 2005, is GRANTED;

　　　2.　　Defendant Hutton and the claims against him are DISMISSED from this action.

///

///

---

[1] Defendants Doser, Walters, Ortiz and Moor each filed separate Motions for Summary Judgment that are currently pending before the Court.

1

```
IT IS SO ORDERED.

Dated:  November 1, 2005              /s/ Robert E. Coyle
668554                            UNITED STATES DISTRICT JUDGE
```