UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM ANDRE YOUNG,<br><br>    Plaintiff,<br><br>  v.<br><br>DANIELSON, et. al.,<br><br>    Defendants.<br>_____/ | CIV F 02 5003 REC SMS P<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME (Doc. 118) |

Malcolm Andre Young ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. Section 1983.

On January 3, 2005, Plaintiff filed a motion to extend time to submit Objections to the Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED:

Plaintiff is granted THIRTY (30) DAYS from the date of service of this order in which to file his Objections.

IT IS SO ORDERED.

**Dated:   January 11, 2006**          **/s/ Sandra M. Snyder**
b6edp0                                    UNITED STATES MAGISTRATE JUDGE