UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM ANDRE YOUNG,<br><br>             Plaintiff,<br><br>vs.<br><br>DANIELSON, et al.,<br><br>             Defendants.<br>_____/ | 1:02-cv-05003-REC-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 117)<br><br>**ORDER GRANTING MOTIONS FOR SUMMARY JUDGMENT** (Docs. 75, 78, 86, 89)<br><br>**ORDER DISMISSING ACTION** |

    Plaintiff, Malcolm Andre Young ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On November 30, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On January 3, 2006, plaintiff filed a motion to extend time.  On January 12, 2006, the court granted plaintiff an additional thirty (30) days within which to respond.  On February

1

3, 2006, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 30, 2005, are ADOPTED IN FULL;

2. The Eighth Amendment deliberate indifference claim against defendants Moor, Ortiz, Walters, and Doser is GRANTED; and,

3. This action is therefore DISMISSED.

4. The Clerk of Court is DIRECTED to enter JUDGMENT in accordance with this Order.

IT IS SO ORDERED.

**Dated:  March 14, 2006**              /s/ Robert E. Coyle
668554                              UNITED STATES DISTRICT JUDGE