UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
APR 2 4 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| MALCOLM ANDRE YOUNG, | No. 06-15639 |
| Plaintiff - Appellant, | D.C. No. CV-02-05003-REC/SMS |
| v. | |
| ROBERT A. DANIELSON; et al., | ORDER |
| Defendants - Appellees. | |

This appeal has been taken in good faith  [X]

This appeal is not taken in good faith   [ ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: _April 24, 06_