# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM ANDRE YOUNG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DANIELSON, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. CV F 02 5003 REC SMS P<br><br>ORDER DISREGARDING MOTION FOR ORDER OF RECORD ON APPEAL<br><br>(Doc. 126.) |

　　　On March 31, 2006, Plaintiff filed a Notice of Appeal. On April 5, 2006, the Court issued a Certificate of Record informing Plaintiff that the record on appeal was ready for transmittal and <u>will be transmitted upon request of the Clerk of the Court of Appeals</u>. (Doc. 100.) Thus, it is unnecessary for Plaintiff to make the request, and the Court will not make the transmittal solely upon his request.

　　　The Motion for Order of Record is DENIED.

IT IS SO ORDERED.

**Dated:　May 22, 2006**　　　　　　　　　 **/s/ Sandra M. Snyder**
icido3　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE